granting of a storekeeper's license by the board of excise. The facts in this case were the same as in the other case (38 N. Y. Supp. 903) argued at the same time as this, except that the relators had, at the time this application was made, closed and locked the entrance and door to their building on West Thirteenth street. There was an entrance also on Sixth avenue, 172 feet only distant from the entrance of the school on West Thirteenth street; and the respondents assigned an additional reason for refusing this application that, considering the number of existing licensed places in the neighborhood for which the license was sought, they were satisfied that there was no public necessity or convenience to be served by granting such license. Daniel G. Thompson, for relator. Julius M. Mayer, for respondents.

WILLIAMS, J. We think the license was properly refused upon this application, for the first reason assigned, and which was considered in the other case argued with this. The views of the court are fully stated in the opinion in that case, and need not be repeated here. The door was not walled or boarded up, but merely closed, and locked. It was still an entrance, within the statute as fairly construed. This writ should therefore be dismissed, with costs. We have not regarded it as necessary to consider the other reasons assigned by the respondents for refusing the license, because this reason was sufficient, and the other reasons become unimportant in view of the fact that the law ceases to be in force beyond April 30, 1896; and, under the new law, these reasons will be unimportant. The reason we have considered may be important under that law. All concur.

MARTIN, Appellant, v. LYNCH, Respondent. (Supreme Court, Appellate Division, First Department. March 13. 1896.) Action by Thomas Martin against Harry A. Lynch. F. K. Clark, for appellant. B. L. Winters, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 35 N. Y. Supp. 135.

MOONEY v. BYRNE et al. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by Mary J. Mooney against Anastasia Byrne and others. No opinion. Motion denied. See 37 N. Y. Supp. 388.

MULHEARN, Appellant, v. DAVENPORT, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by Rose Mulhearn against William B. Davenport, public administrator in Kings county, as administrator of James Cornelius (otherwise known as James Cuneen), deceased. No opinion. Judgment affirmed, with costs. All concur.

MYERS et al., Appellants, v. POLHEMUS, Respondent. (Supreme Court, Appellate Division, Third Department. April 14, 1896.) Action by John R. Myers and others against Josephine Polhemus. No opinion. Judgment reversed; referee discharged; new trial granted; costs to abide the event. Reversed on the ground that the evidence was insufficient to sustain the findings of the referee upon the questions of fact.

NEWELL, Respondent, v. POMEROY et al., Defendants (CHANDLER, Appellant). (Supreme Court, Appellate Division, Second Department. April 7, 1896.) Action by Julia Pomeroy Newell against Josephine Pomeroy and others, and Frank R. Chandler, as executor. No opinion. Judgment affirmed, with costs, to be paid by the appellant personally. All concur.

NEWELL, Respondent, v. POMEROY et al., Defendants (CHANDLER, Appellant). (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by Julia Pomeroy Newell against Josephine Pomeroy and others, and Frank R. Chandler, as executor. No opinion. Motion denied.

NEWTON v. LYMAN. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by George H. Newton against A. J. Lyman. No opinion. Appeal dismissed.

NEW YORK LIFE INSURANCE & TRUST CO. et al., Respondents, v. TABERNACLE BAPTIST CHURCH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by the New York Life Insurance & Trust Company and others against the Tabernacle Baptist Church, impleaded, etc. B. Scharps, for appellants. E. S. Clinch, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK NAT. EXCH. BANK, Respondent, v. ROSENSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by New York National Exchange Bank against Abram Rosenstein and the Esberg Bachman Leaf Tobacco Company. O. I. Wise, for appellants. J. A. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

O'BEIRNE v. BULLIS et al. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by James R. O'Beirne against Spencer S. Bullis and others. No opinion. Motion denied, with $10 costs. See 30 N. Y. Supp. 588, and 38 N. Y. Supp. 4.

In re OPENING BROOK AVE. (Supreme Court, Appellate Division, First Department. April 17, 1896.) In the matter of the opening of Brook avenue. No opinion. Motion denied.

PEOPLE v. NATIONAL MUT. INS. CO. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by the people of the state of New York against the National Mutual Insurance Company. No opinion. Motion denied.

PEOPLE ex rel. BORST, Appellant, v. ROOSEVELT et al., Respondents. (Supreme